UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ROBERT LOUIS ALTES**,

    Petitioner,

v.

**SANDRA PENNYWELL**,

    Respondent.

Case No. 13-cv-4522-YGR

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petition for Habeas Corpus Relief, **IT IS ORDERED AND ADJUDGED** that Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

**IT IS SO ORDERED.**

Dated: June 4, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**